# Court of Appeals
# of the State of Georgia

ATLANTA,  September 27, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0035. WHITNEY SHEA HACKETT v. JAMES STAPLETON et al.**

In this child custody dispute, Whitney Hackett filed this timely application for discretionary review of two orders that collectively denied the legitimation petition of Patrick Branch and granted a petition by James and Shirley Stapleton to adopt Hackett's biological child.

Under OCGA § 5-6-34 (a) (11), direct appeals are permitted from all judgments or orders in child custody cases awarding, refusing to change, or modifying child custody. Direct appeals are also permitted from final orders in adoption cases. See *Sauls v. Atchison*, 326 Ga. App. 301, 303-304 (1) (756 SE2d 577) (2014). While appeals in legitimation cases must ordinarily be brought by discretionary application, no such application is necessary when the order is appealed with another order that may be appealed by a notice of appeal. See OCGA § 5-6-34 (d). Accordingly, the trial court's orders are directly appealable without the need for a discretionary application.

Pursuant to OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal. See *City of Rincon v. Couch*, 272 Ga. App. 411, 412 (612 SE2d 596) (2005). We therefore GRANT Hackett's application. Hackett shall have ten days from the date of this order to file a notice of appeal in the superior court. See OCGA § 5-6-35 (g). If she has already filed a notice of appeal in the superior court, she need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the

record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   09/27/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*